Hausrath Landscape Maintenance, Inc. v Caravan Facilities Mgt., LLC (2023 NY Slip Op 04288)

Hausrath Landscape Maintenance, Inc. v Caravan Facilities Mgt., LLC

2023 NY Slip Op 04288

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, OGDEN, AND GREENWOOD, JJ.

561 CA 22-01396

[*1]HAUSRATH LANDSCAPE MAINTENANCE, INC., PLAINTIFF-APPELLANT,
v
CARAVAN FACILITIES MANAGEMENT, LLC, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

MAGAVERN MAGAVERN GRIMM LLP, BUFFALO (RICHARD A. GRIMM, III, OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
COLUCCI & GALLAHER, P.C., BUFFALO (PAUL G. JOYCE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered March 16, 2022. The order granted the motion of defendant for summary judgment dismissing the complaint and denied the cross-motion of plaintiff for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Hausrath Landscape Maintenance, Inc. v Caravan Facilities Mgt., LLC ([appeal No. 2] — AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court